UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



JAMES H. LEBLANC, JR.

VERSUS

GREATER BATON ROUGE
PORT COMMISSION, ET AL

CIVIL ACTION

NO. 07-606-C

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated September 21, 2009. Defendant, Port of Greatr Baton Rouge, has filed an objection which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the Motion for Summary Judgment filed by defendant, the Greater Baton Rouge Port Commission, is denied.

Baton Rouge, Louisiana, November 3, 2009.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA